## PERKINS *v.* THE STATE.

FISH, C. J. No complaint was made that any error was committed on the trial. There was evidence sufficient to authorize the verdict. The court did not abuse its discretion in refusing a new trial.

               *Judgment affirmed. All the Justices concur.*
               NOVEMBER 11, 1913.

Indictment for murder. Before Judge Rawlings. Jenkins superior court. June 11, 1913.

*Frank G. Rabb* and *G. C. Dekle,* for plaintiff in error.

*T. S. Felder, attorney-general,* and *R. Lee Moore, solicitor-general,* contra.